IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ETHAN BRADLEY, ADVISORS, LLC,
A Michigan limited liability company,

        Plaintiff,

v.

PERITUS I ASSET MANAGEMENT, LLC,
A California limited liability company,

        Defendant.

Case No. 2:08-cv-10768
Judge: Cox, Sean F.

_____/

HARDY, LEWIS & PAGE, P.C.
Peter R. Sarkesian (P32559)
Michael S. Clawson (P35728)
Attorneys for Plaintiff
401 S. Old Woodward Avenue, Ste. 400
Birmingham, MI  48009
(248) 645-0800

SULLIVAN & LEAVITT, P.C.
Paul E. Robinson (P39327)
Attorneys for Defendant
P O Box 5490
Northville, MI  48167
(248) 349-3980

_____/

## EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| A | Solicitation Agreement |
| B | Peritus I-Demand for Arbitration dated 11/20/2007 |
| C | AAA correspondence of 11/30/07 explaining factors to be considered in Motion for Change of Venue |
| D | Plaintiff's Position Statement regarding Venue |
| E | Peritus I's Position Statement regarding Venue |
| F | AAA ruling on Venue Motion |