# EXHIBIT B

Online Filing Demand For Arbitration/Mediation Form

**This concludes your filing.**

**Thank you for submitting your claim to the AAA.**

Your claim confirmation number is: 002-5ZO-ZG8

To institute proceedings, please send a copy of this form and the Arbitration Agreement to the opposing party.

| | |
|---|---|
| **Your dispute has been filed in accordance with:** | Commercial Dispute Resolution Procedures |
| **This Claim has Been Filed For:** | Arbitration |
| **Filing Fee:** | $750.00 |

Additional Claim Information

| | |
|---|---|
| **Claim Amount:** | $10,000.00 |
| **Claim Description:** | The Parties have an agreement under which EB Advisors is to receive a maximum of 50 basis points of gross revenues ACTUALLY RECEIVED BY PERITUS with respect to each covered account. There is only one covered account, the City of Pontiac. In the event that the agreement between Peritus and EB Advisors is terminated prior to 9/28/08, Peritus shall pay EB Advisors said amount but only as to GROSS REVENUES EARNED BY PERITUS from such Covered Account through the date of such termination THAT ARE ACTUALLY RECEIVED BY PERITUS. ("See Exhibit 'C' to the Agreement). Thusfar, no revenues have been received by Peritus which have not been divided with EB Advisors according to the 50 basis point scheme. Nevertheless, some money may be received later that is attributable to this time period. For this reason, the claim amount is estimated at $10.000.00, which is typical for a thirty day period. |
| **Arbitration Clause:** | 9. Arbitration. 9.1 The parties agree that this Agreement and all controversies that may arise between Peritus, on the one hand, and EB Advisors, on the other hand, whether occurring prior, on, or subsequent to the date of this Agreement, shall be determined by arbitration. The parties understand that: (a) Arbitration is final and binding on the parties; (b) The parties are waiving their right to seek remedies in court, including the right to a jury trial; (c) Pre- |

arbitration discovery is generally more limited than and different from court proceedings; (d) The arbitrator's award is not required to include factual findings or legal reasoning and any party's right to appeal or seek modification or rulings by the arbitrators is strictly limited; and, (e) The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry. 9.2 The parties agree that any arbitration under this Agreement shall be held at the facilities of and before the American Arbitration Association at its Southfield, Michigan location, if the action is brought by EB Advisors, or at its Los Angeles, California location if brought by Peritus. 9.3 The award of the arbitrators, or of any majority of them, shall be final, and judgments upon the award may be entered in any court, state or federal, having juridiction. The parties hereby submit themselves and their personal representatives to the jurisdication of any state or federal court for the purpose of such arbitration and entering such judgment. 9.4 Any forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this Agreement except to the extent stated herein.

**Hearing Locale Requested:** Los Angeles , CA

**Contract Date:**           09/28/2006

**Number of Neutrals:**      1

Claimant                                    Representatives

**Peritus I Asset Amagement, LLC**
Type of Business: Service / Product Provider

| | | | | |
|---|---|---|---|---|
| **Name:** | Dave Desmond | | **Name:** | G. Bryan Brannan |
| **Company Name:** | Peritus I Asset Amagement, LLC | | **Company Name:** | BRANNAN LAW OFFICES |
| **Address:** | 26 West Anapamu Third Floor Santa Barbara, CA 93101 | | **Address:** | 16501 Ventura Blvd. Suite 401 Encino, CA 91436 |
| **Tel#:** | 805-882-1100 | | **Tel#:** | 818-789-2577 |
| **Fax#:** | 805-882-1122 | | **Fax#:** | 818-789-3391 |
| **Email:** | DDesmond@peritusasset.com | | **Email:** | brannanlaw@yahoo.com |
| **Include in Caption:** | Company | | | |

Respondent

Representatives

**Ethan Bradley Advisors, LLC**

Type of Business: Seller

| **Name:** | | **Name:** | Peter J. Sarkesian |
|---|---|---|---|
| **Company Name:** | Ethan Bradley Advisors, LLC | **Company Name:** | Hardy, Lewis, & Page, P.C. |
| **Address:** | 363 W. Big Beaver Rd Suite 200 Troy, MI  48084 | **Address:** | 401 South Old Woodward Avenue Suite 400 Birmingham, MI  48009 - 6629 |
| **Tel#:** | 248-689-0945 | **Tel#:** | 248-645-0800 |
| **Fax#:** | | **Fax#:** | 248-645-2802 |
| **Email:** | | **Email:** | |
| **Include in Caption:** | Company | | |

To institute proceedings, please send a copy of this form and the Arbitration Agreement to the opposing party.

Your demand/submission for arbitration/mediation has been received on 11/20/2007 05:11.