# EXHIBIT C

Case 2:08-cv-10768-SFC-RSW   ECF No. 2-5   PageID.7703   Filed 03/03/08   Page 2 of 3
Arbitration 11/30/2007 5:58 PM



American Arbitration Association
*Dispute Resolution Services Worldwide*

*Western Case Management Center*
John M. Bishop
Vice President
Jeffrey Garcia
Assistant Vice President

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
internet: http://www.adr.org/

November 30, 2007

SENT VIA FACSIMILE ONLY

G Brannan
Brannan Law Offices, APC
16501 Ventura Blvd Ste 401
Encino, CA 91436

Peter J. Sarkesian
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009-6629

Re: 72 180 E 01194 07 LOPE
    Peritus I Asset Amagement, LLC
    VS
    Ethan Bradley Advisors, LLC

Dear Parties:

This will confirm that the administrative conference call scheduled for November 29, 2007 did not go forward as scheduled. Please be advised that the conference call has been rescheduled for December 6, 2007 at 11:00 a.m. pacific time.

Respondent has notified the Association of its objection to the locale requested by Claimant by letter dated November 29, 2007, a copy of which has been sent to Mr. Brannan.

In accordance with the Rules, the Association is authorized to fix the locale if the parties are unable to agree. A brief explanation regarding the Association's locale determination process can be found on our web site at www.adr.org.

In order for the Association to make its locale determination as soon as possible, we request that each party fax their locale contentions, no longer than five (5) pages in length, to the undersigned's attention on or before December 7, 2007, copying the other side. For your information and guidance, the Association considers the following factors, among any others the parties may wish to raise, as significant in determining locale:

1) Location of parties
2) Location of witnesses and documents
3) Location of site or place or materials
4) Consideration of relative cost to the parties
5) Place of performance of contract
6) Laws applicable to the contract
7) Place of previous court actions
8) Necessity of an on-site inspection of the project
9) Any other reasonable arguments that might affect the locale determination.

Please make sure that your locale contentions are complete as possible since the Association's locale determination is final and binding.

You may also share and manage correspondence through AAA's WebFile. The Case Manager will determine who should receive viewing privileges and grant access accordingly.

Sincerely,
/s/
Lorena P. Garcia
Senior Case Manager
559 650 8058
GarciaL@adr.org

*Supervisor Information: Harry L. Hernandez, 559 490 1853, Hernandezh@adr.org*