# EXHIBIT F

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Western Case Management Center*
John M. Bishop
Vice President
Jeffrey Garcia
Assistant Vice President

December 20, 2007

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
internet: http://www.adr.org/

<u>SENT VIA FACSIMILE ONLY</u>

G Brannan
Brannan Law Offices, APC
16501 Ventura Blvd Ste 401
Encino, CA 91436

Peter J. Sarkesian
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009-6629

Re: 72 180 E 01194 07 LOPE
    Peritus I Asset Amagement, LLC
    VS
    Ethan Bradley Advisors, LLC

Dear Parties:

After careful consideration of the parties' contentions, the Association has determined the administration of this matter shall be conducted by the Western Case Management Center and hearings will be held in Los Angeles, California in accordance with the parties contract.

As a reminder, an administrative conference call is scheduled for December 21, 2007 at 11:00 a.m. pacific time.

Please call with any questions.

Sincerely,
/s/
Lorena P. Garcia
Senior Case Manager
559 650 8058
GarciaL@adr.org

*Supervisor Information: Harry L Hernandez, 559 490 1853, Hernandezh@adr.org*