UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Ethan Bradley Advisors LLC,

                    Plaintiff(s),

v.                                                          Case No. 2:08–cv–10768–SFC–RSW
                                                            Hon. Sean F Cox

Peritus 1 Asset Management
LLC,

                    Defendant(s).

---

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before the Honorable Sean F Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

                    Motion to Change Venue – #2

   • MOTION HEARING:  4/24/08 at 02:00 PM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.


                    By: s/ J. Hernandez_____
                         Case Manager

Dated:   March 11, 2008